**Nathaniel A. BRYANT, Plaintiff–Appellant,**

v.

**GRADY WHITE BOATS, INCORPORATED, Defendant–Appellee.**

No. 02–1841.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Nov. 27, 2002.

Nathaniel A. Bryant, Appellant Pro Se. Laurence S. Graham, David Walter Silver, Graham, Silver, Nuckolls & Brown, P.L.L.C., Greenville, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Nathaniel A. Bryant appeals the district court's orders denying relief on his employment discrimination action and denying his Fed.R.Civ.P. 59 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bryant v. Grady–White Boats, Inc.*, No. CA–01–103–H(4) (E.D.N.C. May 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*